■ Joseph J. Tripodi, Respondent, v Terminal Millwork, Inc., Appellant.—Order unanimously affirmed, without costs *(see, Onondaga Commercial Dry Wall Corp. v Sylvan Glen Co.,* 26 AD2d 130, *affd* 21 NY2d 739). (Appeal from order of Supreme Court, Allegany County, Feeman, J.—Lien Law § 76 [5]). Present—Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Pine, JJ.